**H. J. RYAN, Plaintiff-Appellant,**

v.

**THE PRESIDENT OF THE SENATE, UNITED STATES CONGRESS, Defendant-Appellee.**

**No. 15069.**

United States Court of Appeals
Sixth Circuit.

Feb. 22, 1963.

H. J. Ryan, plaintiff-appellant, in pro. per.

Carrol D. Kilgore, Asst. U. S. Atty., Nashville, Tenn. (Kenneth Harwell, U. S. Atty., Nashville, Tenn., on the brief), for defendant-appellee.

Before WEICK and O'SULLIVAN, Circuit Judges, and DARR, District Judge.

ORDER.

Upon consideration of the appeal in the above case the Court finding no error in the proceedings and judgment of the District Court,

IT IS ORDERED that the judgment be affirmed.

■

**METROPOLITAN LIFE INSURANCE COMPANY**

v.

**UNITED STATES of America.**

**No. 17260.**

United States Court of Appeals
Eighth Circuit.

Feb. 4, 1963.

Leland C. White, Harlan, Iowa, for appellant.

John B. Jones, Jr., Acting Asst. Atty. Gen., Lee A. Jackson, Atty., Dept. of Justice, and Donald A. Wine, U. S. Atty., for the United States.

PER CURIAM.

Appeal docketed and dismissed on motion of appellee.

■

**Billy Jack PHILLIPS**

v.

**J. C. TAYLOR, Warden, United States Penitentiary, Leavenworth, Kansas.**

**No. 7249.**

United States Court of Appeals
Tenth Circuit.

Jan. 15, 1963.

No appearance for appellant.

Newell A. George, U. S. Atty., and Benjamin E. Franklin, Asst. U. S. Atty., Topeka, Kan., for appellee.

Before MURRAH Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed January 15, 1963, on ground appeal is now moot.